JOON H. KIM
Acting United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

- v. -

JOHN O'SHEA,

        Defendant.
-----------------------------------x

SATISFACTION OF JUDGMENT

10 CR 1151-01 (AKH)



SOUTHERN DISTRICT OF NEW YORK

    Satisfaction is acknowledged between United States of America, plaintiff, and John O Shea, defendant, for the restitution in the amount of $1,098,282.52, the fine in the amount of $250,000.00 and the special assessment in the amount of $200.00 amounting in all to the sum of $1,348,482.52. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 2nd day of March, 2012.

        JOON H. KIM
        Acting United States Attorney for the
        Southern District of New York

By: _____
        KATHLEEN A. ZEBROWSKI
        Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

    On the 17th day of April, 2017 before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, personally know to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 19